UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA M CLARK | |
| | _____ |
| | (Case I.D. Number) |
| Plaintiff | |
| | |
| -vs- | |
| | |
| Cascade Financial Services LLC, Jackson & McPherson LLC, and Judge Anthony J Saleme Jr. | |
| | |
| Defendant | |

## AFFIDAVIT

I, YOLANDA M CLARK, of Breaux Bridge, in St. MARTIN Parish, Louisiana, MAKE OATH AND SAY THAT:

1. Foreclosure was filed under falsification and was treated unfairly. Laws were violated and false action was taken. Jackson & McPherson LLC filed a false claim and violated 15 USC 1692 (e)(3). Judge Anthony J Saleme Jr signed off on the Foreclosure knowing per law the case. I was not given the right to present my documents to prove mortgage was paid in full. Contract is invalid due to Confess Judgement which is illegal when it comes to a mortgage. Cascade Financial Services LLC violated RESPA and was double dipping on a federally funded mortgage loan. Due to making presentment on behalf of someone else without the authority to do so. As well as violating (1) Section 1031 and 1036 of the Consumer Financial Protection Act (CFPA), 12 USC subsection 5531,5536; 2 section 6 and 19 of the Real Estate Settlement Procedures Act (RESPA), 12 USC subsection 2605, 2617, and regulations promulgated

OCT 17 2022                                                    Page 1 of 5

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

thereunder Regulation X, 12 CFR subsection 1024 et seq. (RESPA Mortgage Servicing Rule); (3) section 4902(a) and (b) of the Homeowners Protection Act of 1998, and 12 USC subsection 4902 (HPA). I have requested numerous times following proper Federal Rules of the Civil Procedures to produce proof of claim against the "all caps" name and the property. Cascade Financial Services LLC failed to provide the proof that was requested point for point as required by law. Enclosed you will find the certified copies sent to them requesting that information. We declare their claim null and void. We have sent notice to the Cascade Financial Services LLC and Jackson & McPherson LLC informing them that they have exhausted their administrated remedy and served them a default. They did not enter a contest to my notice. With neither Cascade Financial Services LLC and Jackson & McPherson not producing any proof of claim, they have no standing in this controversy. I would like to counter-sue for $777,000 for fraud, harassment, and racketeering. Under Article 3 Section 2, standing is a threshold issue and the court supposed to address that through a spot day. Cascade Financial Services LLC, Jackson & McPherson LLC, or anyone pertaining to case # 91937, doesn't have standing rights to foreclose on the loan because they do not own the loan. Jackson & McPherson LLC made presentment on behalf of Cascade Financial Services LLC and we were not told what authority they have. They do not have any authority to do so. Cascade Financial Services LLC as well as Jackson & McPherson LLC did not let us know we had the right to rescind. In Section H of Foreclosure, it states that at foreclosures, we are suppose to be given a notice 72 hours prior to submitting for foreclosure. Statue of Limitations does not pool until they have told us that we have the right to rescind. We were not mailed, emailed, or hand delivered the H-8 and H-9 giving her that option to rescind, Appendix 226.23. It is not a loan transaction, it is an investment contract per 4-102 under Applicability which says if an item is includable in Article 3, it's governed by Article 8. Therefore, we have a claim of recoupment or a claim under 3-306 to the proceeds and a right to rescind the negotiation. We have a possession area and property rights in the proceeds of this investment contract. When it comes to law, Jackson & McPherson LLC does not have jurisdiction to represent anyone under Rule 601 of the Federal Rules of Evidence. What they call a promissory note is the securities because it has a maturity of more than nine months for all mortgages 30 years and 20 years maturities. In Title 15 Section 78 CA 10, it states that any note that has a maturity of claim nine months or less is excluded from the definition of the security because it's not a security, it's a note. With every contract, there's suppose to be a disclaimer in the Credit Application under Title 16 CFR 433.2 which says that the buyer of the sell takes it subject to all the defenses and claims that the buyer could have and could assert against any transferee or any buyer who buys it or anyone who sells it but that was taken out of the loan applications. Therefore, that means that there is no holder in due course. If you read 3-302 of the Uniform Commercial Code, a holder in due course takes it free of all claims and defenses that the Payor could have and could assert against any payee, assignee, or transferee. Under 3-305,

you have a claim of recoupment which is a counter claim and that's the same as what's in Rule 13 of the Federal Rules of Civil Procedure. Rule 13 stated that there are two types of counter claims, mandatory and permissive counterclaim. A mandatory client counter claim is a claim that arises from the same transaction and occurrence as the plaintiff's claim. In 3-306, we have a proprietary, possessor, and property interest in the note and its proceeds. Therefore, she have the right to rescind negotiation of the transaction. Negotiation means the endorsement on the note. The transaction was endorsed paid to the order of in which we have the right to rescind that negotiation. Attached to the promissory note that Central Title and Cascade Financial Services LLC is an adjustable rate rider which has the modifications of the conditions of payment. Therefore, that makes it a non-negotiable instrument and that is not governed by Article 3, which is governed by General Contract Law. Restatement of the law, Second Series, under Contract section 164, stated it is considered misrepresentation meaning its subject to rescission Appendix 12 CFR 226.23. That is why we requested for the on and off ledger for the loan for the billing Era per 18 USC, that states all debt obligation both private and public is that of the United States which was paid in full. According to the 1882 Bill of Exchange Act, it stated that a promissory note is the same as CASH. Therefore, the debt of exchange has been signed, sealed, and delivered, in private, to Cascade Financial Services LLC. Judge Anthony J Saleme Jr obtained a bond against my pledged assets and credit in which I hold the offices of Surety and Re-Insurer, I am due a fee for the services from Case #91937. Anyone else that violates my procedural and/or due process rights, in what appears to me to be an administrative process under the color of law, will also be held accountable in acting Coram nonprejudice under the color of law. I still can't comprehend why we were never informed that this was an administrative process that I was being FORCED into, which obviously means there is no judicial authority within this venue, and worse, in some foreign type of "ad hoc" jurisdiction that remains unknown to us to this very day, even though I challenged it and continue to challenge it. The record that's been set thus far in the previous case proves it, especially where the clerk of court is concerned. Not being allowed to file material evidence into a record that belongs to me is criminal as I was denied access to the court, the right to appeal all decisions made by the magistrate of the court and I assume being assigned counsel that I never asked for is the way this magistrate/court has denied we that access and those inalienable rights and protections that we possess. In exercise of my First Amendment Right in the Constitution of the United States, all due respect. Judges need to govern themselves accordingly and we filed a bar grievance along with a judicial complaint, which are to be followed by a Notice of Intent to file a tort claim based on the procedural due process errors, which so far have been forced upon me by threat, duress, coercion and/or extortion, which we've already experienced and witnessed in the previous case, yet mysteriously left off of the record. Any person acting as an attorney that sends you communication through the mail without my express written communication is a debt collector. 15 USC 1692 (e) – False & Misleading

Representation... A debt collector may not use any false, Deceptive, or misleading representation or means in collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (1) The false representation or implication that the debt collection is vouched for, bonded by, or affiliated with the United States or any state, including the use of a badge, uniform, or facsimile thereof.

(2] The false representation of-(A) the character, amount, or legal status of any debt; or (B) any services rendered or compensation which may be lawfully received by any debt collector for the collection of the debt.

(3) The false representation and implication that any individual is an attorney or that any communication is from an attorney.

It is illegal for the mortgage note to be given to a Trustee to be securitize it. (Refer to Metadata) 18 USC 894 (2011) Collections of extension of credit by extortionate means (a) whoever knowingly participates in any way, Or conspires to do so, in the use of any extortionate means (1) to collect or attempt to collect any extension of credit or, (2) to punish any person for the nonrepayment thereof, shall be fined under the title or imprisoned not more than 20 years, or both.

Per our Constitutional Law, HJR 192 Chapter 48 48 Stat 112, the government is responsible for all debt both private and public, dollar for dollar. All past, present, and future debts are forgiven because 73-10 says the government is bankruptcy.

STATE OF LOUISIANA

PARISH OF ST. MARTIN PARISH

SUBSCRIBED AND SWORN TO BEFORE ME,
on the __14__ day of _October_,
_2022_

Signature _Audrey F. Searles_

(Seal) Audrey F. Searles, Notary No. 02437
NOTARY PUBLIC

My Commission expires:
_upon Life_

The Undersigned Notary is
attesting to signatures only
and not to content of documents.

_(Signature)_

YOLANDA M CLARK

©2002-2022 LawDepot.com®

Case Bonding and/or the Bonds which secured the financing and/or the pledge for the financing of the Criminal Case listed above (5) Certified true and correct copies of the Bond(s) and identification (CUSIP) SIC . ISIN . CINS . ANNA number(s) (6) Certified indication of the amount secured per Bond per each offense charged- per 1099 OID report (7) The expiration date and specified interest for the specified length of time of these Bond(s) (8) Which governmental body and/or whom or what "person(s)" i.e. special purchase entities, underwriters, corporations, companies, associations, firms, partnerships, societies, joint stock companies, individuals, and/or officers (a) secured the Bond(s) (b) hold the Bond(s) (9) Any and all records and data concerning the Bond(s), Thrift Financial Reports , balance sheets FR 2046, 2049, 2099 in accordance with FAS5- Accounting Standards Codification 450-20, FAS 95, FAS 133, FAS 125 (securitization accounting), RC-S /RC-B/RC-L all schedules , FFIEC 031 , 032 , 033 , AO 10a, AO 213, AO 215, AO 430, not otherwise exempt by **5 U.S.C. § 552 (a)(6)(C),(b)(7), 5 U.S.C. § 552a(j)(2),(k)(2) or law Public Citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L. Ed 2d 377, 109 Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.S. 749, 103 L. Ed 2d 774, 019 S. Ct. 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v. Abramson, 465 U.S. 615 72 L. Ed 2d 376, 102 S. Ct. 2054 (1982) including exemption~ 5 U.S.C. § 552 (b)(3).**

If the information, records, and/or data requested are placed, filed, secured and or held in a separate, different and or distinct file by or under another name, number or identifier other than the case docket number and/or identification(s) listed above, I authorize your Department and/or Agency to open and/or access that file for all the information, records and/or data requested herein.

It is further requested that your department and/or Agency in response to all the information requested, specifically inform me if and to what governmental body and/or to whom and/or what "person(s)" previously described has been released and/or disclosed any of the information and/or material requested herein, their name, title purpose and need for such information and/or material, the date of release, and the specific information and/or material

released and/or disclosed such information and the specific reference to authority, statute or regulation governing such release and/or disclosure **5 U.S.C. § 552a(b)(1)—(12),(c)(1)—4,** or law, **Abraham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).**

Your Department and/or Agency is advise that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, **Nemetz v. dept. of Treasury, 446 F. Supp. 102 (1987); Akins v. Federal Election Com'n. 101 F.3d 731 (1996); Gummoc v. Gore 180 F. 3d 282 (1999); Solar Sources Inc. v. U.S., 142 F.3d 1033 (1998).**

I agree to pay any reasonable costs or fees applicable to this request, above and/or beyond the specified allotment of costs or fees applicable at no charge pursuant to the **Uniform Practices Code, the OMB Uniform FOIA Fee Schedule & Guidelines § 6(b) Fed. Reg. 10017, in compliance with 31 U.S.C. § 9701,** or if I am considered indigent, I ask your department and/or Agency waive all charges pursuant to **5 U.S.C. 552a (i)(3)** et seq.

Pursuant to **5 U.S.C. § 552(a)(6)(A)(i)**, it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is request that your Department and/or Agency inform me of this delay as provided by **5 U.S.C. § 552(a)(6)(B),** and the date when your Department and/or Agency will be able to act.

In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy; **Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazy v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C.; 149 F. 3d 449 (1998).**

I certify under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. § 1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct and complete.

REQUEST EXECUTED this          day of the month                , 2022.

Respectfully submitted,

For/by : _____ Authorized Representative

All Rights Reserved, Without Prejudice U.C.C., 1-308, Without Recourse